IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CR3179 |
| V. ) | |
| ) | |
| CARLOS ISRAEL REN-XILOJ, ) | |
| ) | ORDER |
| Defendant. ) | |

The court has been advised that the defendant has been deported by the government, and therefore is not available for sentencing. Accordingly,

IT IS ORDERED that the counsel for both parties shall advise the undersigned what further course this case should take. Such submissions shall be filed no later than May 8, 2007.

April 30, 2007.              BY THE COURT:

                             *S/ Richard G. Kopf*
                             United States District Judge