IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3179 |
| | ) | |
| V. | ) | |
| | ) | JUDGMENT |
| CARLOS ISRAEL REN-XILOJ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order issued this date,

IT IS ORDERED that this case is dismissed without prejudice.

May 8, 2007.                          BY THE COURT:

                                      *s/ Richard G. Kopf*
                                      United States District Judge